ORIGINAL

VIA FAX

1  RONALD J. KLEPETAR (SBN 52535)
2  SABRINA L. SHADI (SBN 205405)
   BAKER & HOSTETLER LLP
3  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-7120
4  Telephone:  (310) 820-8800
   Facsimile:   (310) 820-8859
5  rklepetar@bakerlaw.com
   sshadi@bakerlaw.com
6
7  Attorneys for Defendant AMERICAN RED CROSS BLOOD SERVICES
   NORTHERN CALIFORNIA REGION
8
   JOHN T. HIGHTOWER (SBN111606)
9  LAW OFFICE OF JOHN T. HIGHTOWER
   6419 Mystic Street
10 Oakland, California 94612
11 Telephone:  (510) 388-5018
   Facsimile:  (510) 595-6960
12 jthightower@sbcglobal.net

13 Attorney for Plaintiff DEBORAH M. BARLEY-BROWN

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 DEBORAH M. BARLEY-BROWN,          )  Case No. C06-07877 TEH
                                     )
18                      Plaintiff,   )  STIPULATION TO CONTINUE
                                     )  DEADLINE RE ORDER OF
19 vs.                               )  DISMISSAL AND [PROPOSED]
                                     )  ORDER THEREON
20 AMERICAN RED CROSS OF NORTHERN    )
21 CALIFORNIA, and DOES 1 through 10,)
                                     )
22                      Defendants.  )
                                     )
23 _____  )

24 ///

25 ///

26 ///

27 ///

28 ///

                                 1
                                      *Stipulation To Continue Deadline*

1      WHEREAS, a Notice of Settlement was filed with the Court on June 25, 2007.

2      WHEREAS, an Order of Dismissal was filed by the Court on June 29, 2007. The Court

3  ordered that this cause be dismissed with prejudice; provided, however, that if any party of this

4  action certifies to the Court, with proof of service of a copy to opposing counsel, within ninety

5  (90) days from June 29, 2007, that the agreed consideration between Plaintiff Deborah M.

6  Barley-Brown and Defendant American Red Cross has not been delivered over, said Order

7  would stand vacated and this cause would be restored to the calendar to be set for trial.

8      WHEREAS, counsel for the parties have worked in good faith to complete the settlement

9  of this case.

10      WHEREAS, counsel for Plaintiff Deborah M. Barley-Brown informed Defendant

11  American Red Cross this week that he has been unavailable to work with defense counsel to

12  finalize the formal agreement due to personal health issues, including a current and prior hospital

13  stay, and requested an additional 30 days for the parties to meet the deadline the Court has

14  imposed of September 27, 2007.

15      THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Deborah

16  M. Barley-Brown and American Red Cross Blood Services Northern California Region, through

17  their respective attorneys of record, that the deadline of September 27, 2007 regarding the Order

18  of Dismissal be continued to October 26, 2007.

19  Dated: September 4, 2007         BAKER & HOSTETLER LLP

20

21                          By: _____

                              SHADI L. SABRINA

22                                Attorneys for Defendant AMERICAN RED

                              CROSS BLOOD SERVICES NORTHERN

23                                CALIFORNIA REGION

24  Dated: September 14, 2007        LAW OFFICE OF JOHN T. HIGHTOWER

25

26                          By: _____

                              JOHN T. HIGHTOWER

27                                Attorney for Plaintiff

28                                DEBORAH M. BARLEY-BROWN

2

*Stipulation To Continue Deadline*

1

ORDER

2

3       Based upon the foregoing Stipulation, and finding good cause therefor, it is hereby

4  ORDERED that:

5       The deadline of September 27, 2007 set in the Order of Dismissal be continued to

6  October 26, 2007 is hereby GRANTED.

7

8  DATED: 9/18/07                             
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

*Order*

077975.000035.501484967.1