1  John T. Hightower (# 111606)
   Attorney at Law
2  6419 Mystic Street
   Oakland, CA 94618
3      510-388-5018
       510-595-6960 (fax)
4      jthightower@sbcglobal.net

5  Attorney for Plaintiff Deborah M. Barley-Brown

6
   RONALD J. KLEPETAR (SBN 52535)
7  SABRINA L. SHADI (SBN 205405)
   BAKER & HOSTETLER LLP
8  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-7120
9      Telephone: (310) 820-8800
       Facsimile:  (310) 820-8859
10     rklepetar@bakerlaw.com
       sshadi@baderlaw.com
11
   Attorneys for Defendant AMERICAN RED CROSS BLOOD SERVICES NORTHERN
12 CALIFORNIA REGION

13

14                     UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16 | DEBORAH M. BARLEY-BROWN, | CASE #: C060-07877 TEH |
   |---|---|
17 |                Plaintiff, | STIPULATION TO CONTINUE DEADLINE RE ORDER OF DISMISSAL |
18 |            v.            | AND [PROPOSED] ORDER THEREON |
19 | AMERICAN RED CROSS OF    |                        |
   | NORTHERN CALIFORNIA, and |                        |
20 | DOES 1-10,               |                        |
21 |           Defendants.    |                        |
22 | _____/ |                      |

23     WHEREAS, a Notice of Settlement was filed with the Court on June 25, 2007;

24     WHEREAS, an Order of Dismissal was filed by the Court on June 29, 2007,

25 ordering that this cause be dismissed with prejudice; provided, however, that if any

26 party of this action certifies to the Court, with proof of service of a copy to opposing

27 counsel, within ninety (90) days from June 29, 2007, that the agreed consideration

28 between Plaintiff Deborah M. Barley-Brown and Defendant American Red Cross has

1  not been delivered over, said Order would stand vacated and this cause would be
2  restored to the calendar to be set for trial;

3  WHEREAS, on September 27, 2007, this Court continued the deadline set in the
4  order of dismissal to October 26, 2007 in its Order on Stipulation to Continue Deadline
5  Re Order of Dismissal due to serious health difficulties experienced by counsel for
6  plaintiff;

7  WHEREAS, plaintiff's counsel has been unable until the last few days to attend
8  to his practice due to a series of hospital stays and inpatient and outpatient medical
9  procedures;

10  WHEREAS, counsel for the parties have worked in good faith to complete the
11  settlement of this case, have communicated this week regarding the terms of the
12  settlement and release, and believe that they can reach agreement on the language of
13  the release shortly;

14  WHEREAS, due to his health issues, counsel for plaintiff requests an additional
15  31 days to meet the continued deadline the Court has imposed of October 26, 2007;

16  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
17  Deborah M. Barley-Brown and American Red Cross Blood Services Northern
18  California Region, through their respective attorneys of record, that the extended
19  deadline of October 26, 2007 regarding the Order of Dismissal be continued to
20  November 26, 2007.

21  I, John T. Hightower, attorney for plaintiff Deborah M. Barley-Brown, hereby
22  attest that I have on file all holograph signatures for any signatures indicated by a
23  "conformed" signature (/s/) within this efiled document.

24  **Stipulated and Agreed:**

25  Dated: October 24, 2007

26

27  /s/
    _____
    JOHN T. HIGHTOWER
    Attorney for Plaintiff DEBORAH M. BARLEY-
28  BROWN

**Stipulated and Agreed:**

Dated: October 24, 2007

          BAKER & HOSTETLER LLP

          /s/
By: _____
SABRINA L. SHADI
Attorneys for Defendant AMERICAN RED CROSS BLOOD SERVICES NORTHERN CALIFORNIA REGION

## ORDER

Based upon the foregoing Stipulation and finding good cause therefor, it is hereby ORDERED that:

The stipulation is GRANTED, and the continued deadline of October 26, 2007 set forth in the Order on Stipulation to Continue Deadline Re Order of Dismissal shall be, and hereby is, continued to November 26, 2007.

Dated: October 29, 2007

_____
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]