IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH M. BARLEY-BROWN,

    Plaintiff,

    v.

AMERICAN RED CROSS OF NORTHERN CALIFORNIA,

    Defendant.

NO. C06-7877 TEH

ORDER RE-OPENING CASE AND SETTING CASE MANAGEMENT CONFERENCE

On November 25, 2007, Plaintiff Deborah M. Barley-Brown filed a notice of non-delivery of consideration, in which her counsel noted that "[t]he parties have not yet been able to agree to final terms of the Release." Accordingly, with good cause appearing, the Clerk is directed to re-open the file, and the parties shall appear before the Court on **February 4, 2008, at 1:30 PM,** for a case management conference to set a trial date and pretrial schedule. The parties shall meet and confer and file a joint case management statement on or before **January 28, 2008.** If the parties are able to reach final agreement on the terms of the Release prior to that date, then they shall file a stipulation for dismissal and no appearances shall be necessary.

**IT IS SO ORDERED.**

Dated: 11/29/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT