| | |
|---|---|
| 1 | John T. Hightower  (# 111606)<br>Attorney at Law |
| 2 | 6419 Mystic Street<br>Oakland, CA 94618 |
| 3 | 510-388-5018<br>510-595-6960 (fax) |
| 4 | jthightower@sbcglobal.net |
| 5 | Attorney for Plaintiff Deborah M. Barley-Brown |
| 6 | |
| 7 | RONALD J. KLEPETAR (SBN 52535)<br>SABRINA L. SHADI (SBN 205405) |
| 8 | BAKER & HOSTETLER LLP<br>12100 Wilshire Boulevard, 15th Floor<br>Los Angeles, California 90025-7120 |
| 9 | Telephone:  (310) 820-8800<br>Facsimile:   (310) 820-8859 |
| 10 | rklepetar@bakerlaw.com<br>sshadi@baderlaw.com |
| 11 | |
| 12 | Attorneys for Defendant AMERICAN RED CROSS BLOOD SERVICES NORTHERN CALIFORNIA REGION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH M. BARLEY-BROWN, | CASE #:  C060-07877 TEH |
| Plaintiff, | STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER |
| v. | |
| AMERICAN RED CROSS OF NORTHERN CALIFORNIA, and DOES 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Deborah M. Barley-Brown and American Red Cross Blood Services Northern California Region, being all parties who have appeared in this action, through their respective attorneys of record, that pursuant to F.R.C.P. 41(a)(1)(A)(ii) and the parties' settlement agreement, this action shall be dismissed with prejudice, with each party to bear its own costs.

-1-

C06-07877 TEH          Stipulation of Dismissal

1    I, John T. Hightower, attorney for plaintiff Deborah M. Barley-Brown, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

**Stipulated and Agreed:**

Dated:  March 14, 2008

/s/
_____
JOHN T. HIGHTOWER
Attorney for Plaintiff DEBORAH M. BARLEY-BROWN

**Stipulated and Agreed:**

Dated:  March 14, 2008

BAKER & HOSTETLER LLP

/s/
By: _____
SABRINA L. SHADI
Attorneys for Defendant AMERICAN RED CROSS BLOOD SERVICES NORTHERN CALIFORNIA REGION

### ORDER

Based upon the foregoing Stipulation and finding good cause therefor, it is hereby ORDERED that:

The stipulation is GRANTED, and this action is hereby DISMISSED with prejudice, with each party to bear its own costs.

Dated:  March 17, 2008

_____
UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson

-2-
C06-07877 TEH         Stipulation of Dismissal